IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DARREN RIDDOCK, | § | |
| | § | |
| Defendant Below, | § | No. 17, 2023 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0603012717 (N) |
| | § | |
| Appellee. | § | |

Submitted: July 18, 2023
Decided: July 31, 2023

## ORDER

On March 17, 2023, the Court issued a briefing schedule in this appeal; the appellant's opening brief was due by April 18, 2023. The Court later granted the appellant's motion for an extension of time to file his brief, ordering that the opening brief was due by June 20, 2023. On June 21, 2023, Court staff sent a brief delinquency letter to the appellant. On June 29, 2023, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief. On July 7, 2023, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

_/s/ Abigail M. LeGrow_
Justice